United States District Court
Southern District of Texas
**ENTERED**
August 06, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| BURNETT CUSTOMS, LLC, § § Plaintiff, § § VS. § BANKERS INSURANCE COMPANY, *et al.*, § § Defendants. § | CIVIL ACTION NO. 6:23-CV-00058 |

## FINAL JUDGMENT

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (D.E. 9), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on August 6, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE